United States District Court
~~John Joseph Moakley Bldg~~
U.S. Crt House
1 Court House Way
Boston, Ma 02210

11/19/04

Gentlemen:

Enclosed please find all signed, required, authenticated forms and receipts required by the I.R.S. I.R.S. has refused these documents. Please review and acknowledge that these documents are in order and that a refund is due based on the proven contributions.

Thank you for your assistance in this matter.

Sincerely,

Thomas J. O'Donnell
Thomas J. O'Donnell
839 Lynnfield Street
Lynn, Mass 01908
SS# 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