## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__Thomas J. O'Donnell,__
             __Plaintiff__

             V.

__Internal Revenue Service,__
             __Defendant__

CIVIL ACTION

NO. __04-12677__

### ORDER OF DISMISSAL

__Gorton,   D. J.__

Plaintiff has failed to comply with the Court's Memorandum and Order dated __12/29/04__ , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

__4/12/05__
       Date

__/s/ Craig J. Nicewicz__
Deputy Clerk

(Dismmemo.ord - 09/92)                                                                              [odism.]